■ ANNETTE BAMBINO, Respondent, v THOMAS BAMBINO, Appellant. [687 NYS2d 294] —In an action for a divorce and ancillary relief, the defendant husband appeals from a judgment of the Supreme Court, Nassau County (Trainor, R.), entered March 26, 1998, which, upon an order of the same court dated January 26, 1998, denying his motion, *inter alia,* to vacate his default in appearing in the action, granted the plaintiff wife a divorce and determined the issues of maintenance and equitable distribution of marital property.

Ordered that the judgment is affirmed, with costs.

The appellant did not demonstrate a reasonable excuse for his default and a meritorious defense. Accordingly, the Supreme Court did not improvidently exercise its discretion in denying his motion to vacate his default (*see, Sayagh v Sayagh,* 205 AD2d 678; *Arvanetes v Arvanetes,* 191 AD2d 893).

The appellant's remaining contention is without merit. S. Miller, J. P., Sullivan, Friedmann and Luciano, JJ., concur.